# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CLEARCOM, INC.,<br><br>　　　　　Appellant.<br><br>　　v.<br><br>HAWAIIAN TELCOM, INC.,<br><br>　　　　　Appellee. | Case No. 22-00428 JAO-KJM<br>(Bankruptcy Appeal)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served by depositing a copy of same to the parties addressed as follows on February 6, 2023 and by the method of service indicated below:

**WILLIAM K. MEHEULA, III, ESQ.**　　　　　　　　　　　　*VIA: CM/ECF*
Email: bill@meheulalaw.com　　　　　　　　　　　　　　　 *AND EMAIL*
Meheula Law, LLLC
500 Ala Moana Boulevard, Suite 499
Honolulu, HI 96813

**LEX R. SMITH, ESQ.**　　　　　　　　　　　　　　　　　　*VIA: CM/ECF*
Email: lsmith@ksglaw.com　　　　　　　　　　　　　　　　*AND EMAIL*
Kobayashi Sugita & Goda
First Hawaiian Ctr.
999 Bishop St., Ste. 2600
Honolulu, HI 96813

**KEVIN W. HERRING, ESQ.**　　　　　　　　　　　　　　*VIA: CM/ECF*
Email: kherring@awlaw.com　　　　　　　　　　　　　　　*AND EMAIL*
Ashford & Wriston
999 Bishop Street, 14th Floor
Honolulu, HI 96813

| | |
|---|---|
| **JOHNATHAN C. BOLTON, ESQ.**<br>Email: jbolton@goodsill.com<br>Goodsill Anderson Quinn & Stifel, LLP<br>999 Bishop Street, Suite 1600<br>Honolulu, HI 96813 | *VIA: CM/ECF*<br>*AND EMAIL* |
| **ADDISON D. BONNER, ESQ.**<br>Email: adb@tsbhawaii.com<br>Tamshiro Sogi & Bonner, ALC<br>705 S. King Street, Suite 105<br>Honolulu, HI 96813 | *VIA: CM/ECF*<br>*AND EMAIL* |
| **HOLLY T. SHIKADA, ESQ.**<br>Email: holly.t.shikada@hawaii.gov<br>Attorney General, State of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813 | *VIA: CM/ECF*<br>*AND EMAIL* |
| **CRAIG Y. IHA, ESQ.**<br>Email: craig.y.iha@hawaii.gov<br>Attorney General, State of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813 | *VIA: CM/ECF*<br>*AND EMAIL* |
| **RYAN KANAKAOLE, ESQ.**<br>Email: ryan.kp.kanakaole@hawaii.gov<br>Attorney General, State of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813 | *VIA: CM/ECF*<br>*AND EMAIL* |
| **ALYSSA MARIE KAU, ESQ.**<br>Email: alyssamarie.kau@hawaii.gov<br>Attorney General, State of Hawaii<br>425 Queen Street, Honolulu, HI 96813 | *VIA: CM/ECF*<br>*AND EMAIL* |

DATED: Honolulu, Hawaii, February 6, 2023

                                 **PETTIT LAW HAWAI'I LLLC**

                                 */s/ Ted N. Pettit*
                              TED N. PETTIT
                              And
                              MORGAN, LEWIS & BOCKIUS LLP
                              ANDREW J. GALLO
                              MELISSA Y. BOEY
                              Attorneys for
                              HAWAIIAN TELCOM, INC.