# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ....................................................... i
JURISDICTIONAL STATEMENT ..................................................................... 1
STATEMENT OF THE CASE ............................................................................. 2
    I.    The Initial Motion to Enforce .............................................................. 2
    II.   The Contempt Motion ......................................................................... 4
STANDARD OF REVIEW ................................................................................. 7
SUMMARY OF ARGUMENT ........................................................................... 8
ARGUMENT ...................................................................................................... 9
    A.    The Contempt Motion and Contempt Order ........................................ 9
              *i.*    The defining of a "relevant proceeding" under *Ritzen* ..... 10
              *ii.*   Sanctions, finality, and the termination of a procedural unit separate from the remaining bankruptcy case ............................................................. 12
              *iii.*  Avoiding duplicity in the appellate process ..................... 14
    B.    The Bankruptcy Court imposed a requirement upon SIC to turn over the Spare Reels – not Clearcom. ................................................. 17
    C.    Each of Clearcom's attempts to show that SIC's interest in License 372 was not acquired by the Trustee through the Marshal Sale lack merit and are untimely collateral attacks on the Sale Orders. ................................................................................ 19
              *i.*    Neither the Trustee, nor the DHHL, ever indicated that the Trustee did not acquire SIC's interest in License 372 through the Marshal Sale ............................ 19
              *ii.*   The SIC Parties' arguments that the Bankruptcy Court violated state law in transferring SIC's interest in License 372 to HTI are not only belated, but also wholly unmeritorious ....................................................... 23
              *iii.*  Clearcom's discussion regarding the alleged enforcement of Settlement Agreement is inapplicable to HTI ............................................................ 24
CONCLUSION ................................................................................................. 25