TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Barcamerica Int'l USA Tr. v. Tyfield Importers, Inc.*,
   289 F.3d 589 (9th Cir. 2002) .................................................................. 19

*In re Campbell*,
   628 F.2d 1260 (9th Cir. 1980) ................................................................ 13

*Celotex Corp. v. Edwards*,
   514 U.S. 300 (1995) ................................................................................ 18

*In re Cerchione*,
   414 B.R. 540 (B.A.P. 9th Cir. 2009) ........................................................ 8

*In re Chase Bank USA, N.A. Check Loan Cont. Litig.*,
   607 F. App'x 737 (9th Cir. 2015) ........................................................... 13

*In re Donovan*,
   871 F.2d 807 (9th Cir. 1989) .................................................................... 8

*Fed. Trade Comm'n v. Cardiff*,
   830 F. App'x 844 (9th Cir. 2020) ........................................................... 13

*Travelers Indem. Co. v. Bailey*,
   557 U.S. 137 (2009) .................................................................................. 2

*In re USA Com. Mortg. Co.*,
   452 F. App'x 715 (9th Cir. 2011) ............................................................. 8

*In re Wallace*,
   490 B.R. 898 (B.A.P. 9th Cir. 2013) ........................................................ 8

*In re Weiner*,
   161 F.3d 1216 (9th Cir. 1998) .................................................................. 8

**Statutes**

28 U.S.C. § 157 ............................................................................................................. 1

28 U.S.C. § 158 ............................................................................................................. 2

28 U.S.C. § 1334 ..................................................................................................... 1, 18