# Exhibit A

### TIMELINE OF KEY DEVELOPMENTS IN BANKRUPTCY COURT[1]

| Date | ECF # | Paniolo Bankruptcy (Case No. 18-01319) | ECF # | Trustee's AP (Adversary Proceeding No. 19-90022) |
|------|-------|----------------------------------------|-------|--------------------------------------------------|
| 11/13/18 | 1 | Paniolo enters bankruptcy | | |
| 7/24/19 | | | 1 | Trustee files suit against SIC for SIC's failure to pay amounts due to Paniolo under lease agreement |
| 12/17/19 | | | 28 | $256mm judgment is issued in favor of Trustee against SIC |
| 1/6/20 | | | 32 | U.S. Marshal files writ of execution over SIC's assets, including SIC's interest in License 372 |
| 1/21/20 | | | 33 | SIC files a motion to quash writ of execution |
| 2/4/20 | | | 37 | U.S. Marshal files its *Certificate of Execution*, certifying that execution of assets is complete |
| 2/24/20 | | | 45 | ORDER ENTERED: denying SIC's motion to quash writ of execution |
| 3/2/20 | | | 52 | Waimana, Clearcom, and Pa Makani file a joint letter challenging execution |
| 3/6/20 | | | - | A public auction of the executed assets is conducted by U.S. Marshal; Trustee is deemed the highest bidder (*see* ECF 65) |
| 3/9/20 | | | 57 | Trustee files motion seeking to confirm the sale of the executed assets, including SIC's interest in License 372, through the public auction |
| 3/16/20 | | | 65 | **ORDER ENTERED:** confirming sale of the executed assets ("**Marshal Sale Order**"). No appeal is filed. |
| 4/24/20 | 252 | Trustee seeks approval to enter into proposed settlement agreement ("Settlement Agreement") with SIC and its affiliates | | |
| 6/4/20 | 271 | ORDER ENTERED: approving Settlement Agreement | | |
| 11/30/20 | 313 | Trustee seeks approval to sell substantially all of Paniolo's assets to HTI ("363 Sale") | | |
| 12/16/20 | 341 | SIC files a *Statement of Concerns* in connection with 363 Sale | | |
| 12/28/20 | 366 | **ORDER ENTERED:** approving 363 Sale of assets to HTI ("**363 Sale Order**"). No appeal is filed. | | |
| 8/31/21 | 440 | 363 Sale to HTI closes | | |
| 10/2/21 | 459 | HTI files an initial motion to enforce 363 Sale Order, requesting turnover of assets purchased in 363 Sale ("Initial Motion to Enforce") | | |

---

[1] All of the defined terms used herein match the Statements of the Case filed by HTI in its opposition briefs in each of the six pending appeals listed on the last page of this Exhibit.

| Date | ECF | Main Case | ECF | Settlement AP (Adversary Proceeding No. 21-90017) |
|---|---|---|---|---|
| | | | | **Settlement AP (Adversary Proceeding No. 21-90017)** |
| 10/12/21 | | | 1 | SIC files suit against Trustee and HTI for alleged breach of Settlement Agreement, given that HTI did not assume the Settlement Agreement as part of 363 Sale |
| 10/18/21 | 480 | SIC opposes Initial Motion to Enforce | | |
| 11/1/21 | - | HEARING HELD: Initial Motion to Enforce (*see* ECF 520) | | |
| 11/19/21 | 537 | **ORDER ENTERED:** granting Initial Motion to Enforce, requiring turnover of assets by SIC ("Initial Enforcement Order") | | |
| 12/6/21 | 559 | Judgment entered on Initial Enforcement Order | | |
| 1/14/22 | | | - | HEARING HELD: All motions for summary judgment (*see* ECF 67) |
| 2/1/22 | | | 57 | Bankruptcy Court grants Trustee's summary judgment motion, finding its breach and termination of Settlement Agreement excused by earlier, material breaches by SIC |
| 2/2/22 | | | 58 | Bankruptcy Court denies SIC's summary judgment motion |
| 2/2/22 | | | 59 | Bankruptcy Court grants HTI's summary judgment motion, finding that the Settlement Agreement could not be enforced against HTI |
| 2/21/22 | | | 63 | **ORDER ENTERED: Final judgment dismissing the entirety of the action.** No appeal is filed. |
| | | | | **Waimana AP (Adversary Proceeding No. 22-90008)** |
| 3/18/22 | | | - | SIC and Waimana file suit in Hawaii state court against HTI alleging trespass, conversion, etc. arising from assets HTI purchased in 363 Sale (*see* ECF 1-1). |
| 3/29/22 | 634 | HTI files motion for contempt, for SIC's failure to turn over assets under the Initial Enforcement Order ("Contempt Motion") | | |
| 3/29/22 | 637 | HTI files its second motion to enforce 363 Sale Order, requesting confirmation of the scope of assets purchased in 363 Sale ("Main Motion to Enforce") | | |
| 4/4/22 | | | 1 | The action is removed to Bankruptcy Court |
| 4/11/22 | | | 6 | HTI files initial motion seeking to dismiss the complaint in its entirety ("Initial Motion to Dismiss") |
| 4/11/22 | 668 | SIC opposes Main Motion to Enforce | | |
| 4/11/22 | 671 | SIC opposes Contempt Motion | | |

| Date | ECF | | No. | |
|------|-----|-------------|-----|-------------|
| 4/18/22 | - | HEARING HELD: Contempt Motion and interim relief under Main Motion to Enforce (*see* ECF 708) | | |
| 4/22/22 | 696 | ORDER ENTERED: approving requested interim relief under Main Motion to Enforce ("<u>Interim Order</u>") | | |
| 4/22/22 | 698 | Waimana objects to Main Motion to Enforce | | |
| 4/22/22 | 699 | Clearcom objects to Main Motion to Enforce | | |
| 4/22/22 | 700 | **ORDER ENTERED:** finding SIC in contempt for failure to turn over certain assets (**"<u>Contempt Order</u>"**) | | |
| 4/25/22 | 705 | Clearcom files a *Notice of Compliance* with Contempt Order | | |
| 4/27/22 | | | 10 | Waimana files motion seeking remand of complaint to state court ("<u>Motion to Remand</u>") |
| 5/2/22 | 713 | SIC further opposes Main Motion to Enforce | | |
| 5/2/22 | 715 | Waimana further opposes Main Motion to Enforce | | |
| 5/2/22 | 720 | Clearcom further opposes Main Motion to Enforce | | |
| 5/16/22 | - | HEARING HELD: final hearing on Main Motion to Enforce (*see* ECF 739) | | |
| 5/17/22 | 729 | **ORDER ENTERED:** approving Main Motion to Enforce (**"<u>Final Enforcement Order</u>"**) | | |
| 5/20/22 | | | - | HEARING HELD: HTI's Initial Motion to Dismiss (*see* ECF 30) |
| 5/27/22 | 740 | Waimana seeks reconsideration of Final Enforcement Order | 28 | Waimana files its First Amended Complaint |
| 6/10/22 | | | 35 | HTI files motion to dismiss the First Amended Complaint ("<u>Motion to Dismiss</u>") |
| 8/1/22 | - | HEARING HELD: Waimana's reconsideration motion (*see* ECF 782) | - | HEARING HELD: Waimana's Motion to Remand and HTI's Motion to Dismiss (*see* ECF 65) |
| 8/17/22 | 784 | **ORDER ENTERED:** denying reconsideration of Final Enforcement Order (**"<u>Reconsideration Order</u>"**) | | |
| 8/18/22 | | | 67 | **ORDER ENTERED:** granting HTI's Motion to Dismiss (**"<u>Dismissal Order</u>"**) |
| 8/22/22 | | | 70 | **ORDER ENTERED:** denying Waimana's motion to remand (**"<u>Order Denying Remand</u>"**) |
| 8/25/22 | 790 | SIC appeals Final Enforcement Order and Reconsideration Order | | |
| 8/30/22 | 801 | Waimana appeals Final Enforcement Order and Reconsideration Order | 71 | **Judgment** is entered on Dismissal Order |
| 8/30/22 | 803 | Clearcom appeals Final Enforcement Order, Reconsideration Order, and Contempt Order | 75 | Appellants appeal Judgment |
| 8/30/22 | | | 76 | Appellants appeal Dismissal Order |
| 8/30/22 | | | 77 | Appellants appeal Order Denying Remand |

**Each of the orders marked in blue text in the timeline above have been appealed to this Court, in the following cases:**

| Case No. | Appellant | Appealed Orders |
|---|---|---|
| 22-00426 | SIC | Final Enforcement Order; Reconsideration Order |
| 22-00427 | Waimana | Final Enforcement Order; Reconsideration Order |
| 22-00428 | Clearcom | Final Enforcement Order; Reconsideration Order; Contempt Order |
| 22-00434 | Waimana, Clearcom, and Pa Makani | Judgment |
| 22-00435 | | Dismissal Order |
| 22-00441 | | Order Denying Remand |